

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RODNEY NEAL JOHNSON,           )   Case No.  CV 07-3596-AG (MLG)
                               )
        Petitioner,            )   ORDER ACCEPTING AND ADOPTING
                               )   FINDINGS AND RECOMMENDATIONS OF
     v.                        )   UNITED STATES MAGISTRATE JUDGE
                               )
R.A. HOREL, Warden,            )
                               )
        Respondent.            )
_____)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed.  The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: FEBRUARY 29, 2008

                                              Andrew J. Guilford
                                              United States District Judge