UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODNEY NEAL JOHNSON, | ) | Case No. CV 07-3596-AG (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R.A. HOREL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: FEBRUARY 29, 2008

Andrew J. Guilford
United States District Judge